```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                CIVIL NO. 22-568(DSD/DTS)
```

Sheikh N.,

    Petitioner,

v.                                                **ORDER**

DHS/ICE,

    Respondent.

The above matter comes before the court upon the report and recommendation of United States Magistrate Judge David T. Schultz dated July 5, 2022. No objections have been filed to the Report and Recommendation in the time period permitted.

Accordingly, **IT IS HEREBY ORDERED that** the amended petition for a writ of habeas corpus under 28 U.S.C. § 2241 [ECF No. 12] is denied as premature and this action is dismissed without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 24, 2022          /s David S. Doty
                                David S. Doty, Judge
                                United States District Court